Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 13 |
| | § | Case No. 13-70202 |
| Jared Clayton Smith | § | |
| and | § | |
| Randan Dachelle Smith | § | |
| | § | |

MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING

1. Jared Clayton Smith and Randan Dachelle Smith hereby request that a hearing be set regarding the Motion to Extend the Automatic Stay not later than June 19, 2013.  Hearing by such date is necessary because no court date is available within the next 30 days of filing.

2. A hearing was not requested earlier because case was not filed until May 31, 2013.

3. Notice of proposed expedited hearing will be provided to all interested parties on the mailing matrix by Debtors and will be sufficient because Notice can be made immediately by ECF and/or regular mail

Respectfully submitted,
/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF CONFERENCE

On May 31, 2013, the office of Monte J. White & Associates, P.C. contacted Marc McBeath, counsel for the Chapter 13 Trustee, who does not oppose the Motion for Setting and Request for Expedited Hearing.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2013 , a true and correct copy of the Motion for Setting and Request for Expedited Hearing was served on all parties on the mailing matrix by ECF and/or regular mail.

/s/Monte J. White,
Attorney for Debtors

Debtor(s): **Jared Clayton Smith**
**Randan Dachelle Smith**

Case No:
Chapter: **13**

**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

ACS/Department of Education
PO Box 7051
Utica, NY 13504-4611

Crd Prt Asso
Attn: Bankruptcy
PO Box 802068
Dallas, TX 75380

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Alphera Financial Serv
5550 Britton Parkway
Hilliard, OH 43026

Credmgmtcntl
Po Box 1654
Green Bay, WI 54305

Jared Clayton Smith
609 South Victoria Ave
Iowa Park, TX 76367

American Welding Society
550 NW LeJeune Rd
Miami, FL 33126

ER Solutions Inc.
800 SW 39th St.
P.O. Box 9004
Renton, WA 98057

Kell West Regional Hospital
5420 Kell West Blvd
Wichita Falls, TX 76310

Arrow Financial Service
5996 W. Touhy Ave
Niles, IL 60714

ER Solutions/Convergent Outsour
PO Box 9004
Renton, WA 98057

KTX Emergency Physicians
PO Box 98596
Las Vegas, NV 89193

Capital One
P.O.Box 70886
Charlotte, NC28272-9903

Executive Services
1200 Austin Street
P.O. Box 2248
Wichita Falls, Texas 76307-2248

Med Direct Inc
3200 Broadmoor
Orand Rapids, MI 49512

Central States Recovery
PO Box 3130
Hutchinson, KS 67504-3130

First Convenience Bank
3130 Lawrence
Wichita Falls, TX 76308

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Chase Bank
Bank One Tower
4245 Kemp Blvd
Wichita Falls, TX 76308

Gadam M Rao, MD, P.A.
P.O. Box 4289
Wichita Falls, Texas 76308

Monte J. White & Associates
1106 Brook Ave
Wichita Falls TX  76301

Clinical Partner's PA WF
PO Box 9188
Longview, TX 75608-9188

GEMB/Furniture Factory
PO Box 981439
El Paso, TX 79998-1127

Ok Student Loan
525 Central Park Dr
Oklahoma City, OK 73105

Clinics of North Texas
PO Box 97547
Wichita Falls, TX 76307-7547

HSBC/Tax
200 Somerset Copor
Bridgewater, NJ 08807

Plant Fitness
5050 S. Memorial Dr
Tulsa, OK 74145

Cox Communications
PO Box 22126
Tulsa, OK 74121

Ic Systems Inc
PO Box 64378
St. Paul, MN 55164

Randan Dachelle Smith
609 South Victoria Ave
Iowa Park, TX 76367

Case 13-70202-hdh13 Doc 10 Filed 06/04/13 Entered 06/04/13 09:47:47 Page 3 of 3

Debtor(s): **Jared Clayton Smith**
**Randan Dachelle Smith**

Case No:

Chapter: **13**

**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

Sallie Mae
Attn: Claims Department
PO Box 9500
Wilkes-Barre, PA 18773


Southwest Credit Syste
4120 International Parkway Suit
Carrollton, TX 75007


Sprint
P.O. Box 650338
Dallas, TX  75265-0338


Suddenlink Communications
P.O. Box 650027
Dallas, Texas 75265-0027


T-Mobile
PO Box 790047
Saint Louis, MO 63179-0047


Titanium Billing
706 Denver St.
Wichita Falls, Texas 76301


Tulsa Adjustment Bureau, Inc.
1754 Utica Sq #283
Tulsa, OK 74114


United Regional
Attn: Billing Dept.
1600 11th Street
Wichita Falls, TX 76301